IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| | ) | Criminal No. 4:24-mj-374 |
| v. | ) ) | GOVERNMENT'S EXHIBITS RE: |
| PHILIP COLT MOSS, | ) ) | DETENTION HEARING |
| Defendant. | ) ) ) | |

Attached are the following government exhibits, entered into evidence at the detention hearing held August 13, 2024:

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Excerpts of Telegram messages between Moss and Dryden (5 pages) |
| 2 | Attorney profile on philipcoltmoss.com and site removal (3 pages) |

                                      Respectfully submitted,

                                      Richard D. Westphal
                                      United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on August 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail _____ Fax _____Hand Delivery
__X__ECF/Electronic filing   \_\_\_\_Other means
ASSISANT UNITED STATES ATTORNEY
By: */s/ MacKenzie Tubbs*

By: */s/ MacKenzie Tubbs*
MacKenzie Benson Tubbs
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mackenzie.benson.tubbs@usdoj.gov