From: ███████ Colt Moss

I was gonna say. If it was too far I could meet u in like chicago and we could kick it and get wild in the city

**Status:** Read

4/20/2023 2:06:40 AM(UTC-4)

Source Extraction:

File System (Full)

Source Info:

███████ _files_full.zip/data/data/org.telegram.messenger/███████

---

From: ███████ Colt Moss

Cuz that drives four and a half hours for each of us. But if u make it here that's even better

**Status:** Read

4/20/2023 2:07:40 AM(UTC-4)

Source Extraction:

File System (Full)

Source Info:

---

From: ███████ Colt Moss

I got whatever. You need. I got a hookup for anything you're looking for. Uppers downers. Girls. Lol

**Status:** Read

4/20/2023 2:08:14 AM(UTC-4)

Source Extraction:

File System (Full)

Source Info:

---

From: ███████ Colt Moss

You gotta remember as a defense attorney. I know all the dealers bc I represent them

**Status:** Read

4/20/2023 2:08:27 AM(UTC-4)

Source Extraction:

File System (Full)

Source Info:

GOVERNMENT
EXHIBIT
1

From: ███████ Colt Moss

From weed to mushrooms. Coke to meth. Molly to acid. Dope to tar. Xanax.

**Status:** Read

4/20/2023 2:09:12 AM(UTC-4)

**Source Extraction:**

File System (Full)

**Source Info:**

███████████████████████████

████████████████████

███████████████████████████

██████████████████

From: ███████ Colt Moss

Like. You gotta check it out

**Status:** Read

4/20/2023 2:09:55 AM(UTC-4)

**Source Extraction:**

File System (Full)

**Source Info:**

█████████████████████

████████████████████

█████████

█████████████████████

████████████████

█████████

From: ███████ NB932 (owner)

Lol hell yeah bro . I didn't think about it that way

**Status:** Read

4/20/2023 2:27:22 AM(UTC-4)

**Source Extraction:**

File System (Full)

**Source Info:**

████████████████████████████

█████████████████████

From: ███████ NB932 (owner)

But yea this is happening bro

**Status:** Read

4/20/2023 2:27:28 AM(UTC-4)

**Source Extraction:**

File System (Full)

**Source Info:**

████████████████████████████

████████████████████████

██████████



From: ████████ Colt Moss

**Attachments:**

**Size:** 0

**File name:** -5046557002406407478_121.jpg

-5046557002406407478_121.jpg

**(Empty File)**

**Status:** Read

4/21/2023 6:37:20 AM(UTC-4)

**Source Extraction:**

File System (Full)

**Source Info:**

From: ████████ Colt Moss

My fiancé is in the middle

**Status:** Read

4/21/2023 6:37:35 AM(UTC-4)

**Source Extraction:**

File System (Full)

**Source Info:**



From: ██████ Colt Moss
**Attachments:**

**Size:** 0
**File name:** -5046557002406407483_121.jpg
-5046557002406407483_121.jpg
**(Empty File)**

**Status:** Read
4/21/2023 6:38:44 AM(UTC-4)

**Source Extraction:**
File System (Full)
**Source Info:**

From: ██████ Colt Moss
For some reason this was in pics. That's me A skinny white dude

**Status:** Read
4/21/2023 6:39:15 AM(UTC-4)

**Source Extraction:**
File System (Full)
**Source Info:**

From: ██████ Colt Moss
Lol

**Status:** Read
4/21/2023 6:39:18 AM(UTC-4)

**Source Extraction:**
File System (Full)
**Source Info:**

From: [REDACTED] NB932 (owner)
Ahhaha hell yea bro do u tell her about the whole monkey shit?
**Status:** Read
4/21/2023 6:39:58 AM(UTC-4)

Source Extraction:
File System (Full)
Source Info:
[REDACTED]
[REDACTED]

**Reply**
From: [REDACTED] NB932 (owner)
From: [REDACTED] Colt Moss
Why do you look so different between those two pics
**Status:** Read
**Label:** Edited
4/21/2023 6:31:30 AM(UTC-4)

I was 18 on coke in the first one. Second one I jus got bigger and cut my jair
**Status:** Read
**Label:** Reply
4/21/2023 6:40:25 AM(UTC-4)

Source Extraction:
File System (Full)
Source Info:
[REDACTED]
[REDACTED]

From: [REDACTED] NB932 (owner)
Na I see ur picture every time u buy a video
**Status:** Read
4/21/2023 6:40:58 AM(UTC-4)

Source Extraction:
File System (Full)
Source Info:
[REDACTED]
[REDACTED]
[REDACTED]

From: [REDACTED] Colt Moss
Man I try to cuz she's a cool ass girl and she's a party girl. She doesn't really get the monkey thing which. Makes sense but she likes that it's a little community and it seems to make me happy
**Status:** Read
4/21/2023 6:41:19 AM(UTC-4)

Source Extraction:
File System (Full)
Source Info:
[REDACTED]
[REDACTED]
[REDACTED]
[REDACTED]