In response to recent COVID-19 concerns, we are writing to assure our clients that we are taking recommended precautions. [Learn More]

Contact Us

2501 Grand Ave. | Des Moines, Iowa 50312

Home     Attorney Profile     Practice Areas     Contact Us     Map & Directions



Free Initial Consultation
**515-770-6082**

Home / Attorney Profile



# Philip Colt Moss
Attorney

Phone: 515-770-6082
Fax: 515-281-1474
Email: Philip Colt Moss ›

Facing the threat of criminal prosecution or a lawsuit can be daunting. Colt Moss will bring energy and verve to your situation. He takes great satisfaction in helping his clients solve problems that they cannot solve on their own. Colt wants to help you navigate whatever problems life has created for you and is determined to be there with you every step of the way. "I stress the importance of communicating with my clients throughout the process," Colt says. "I want to help them find hope and optimism in an otherwise challenging time." Using creativity and hard work, Colt will help you move on with your life.

Colt moved back home to Iowa to begin his law practice in 2012. From criminal matters and employment-related issues to personal injury and contract disputes, he has a wide-ranging practice. He enjoys being in the courtroom and advocating for his clients' interests. Throughout his practice, he seeks to build lasting relationships with his colleagues and clients.

Search Site

## AWARDS

- Lifetime Achievement Recipient, America's Top 100 Attorneys, 2017
- Top 40 under 40, National Trial Lawyers Association, 2016
- Top 40 under 40, National Trial Lawyers Association, 2015
- Top 40 under 40, National Trial Lawyers Association, 2014



- Top 40 under 40, National Trial Lawyers Association, 2013

**WORK EXPERIENCE**

- Attorney at Law, 2012 – Present
- Law Clerk, Wandro & Associates, 2010 – 2012
- Prosecutor, Gaston County Teen Drug Court, 2010 – 2012



## Admissions

- Iowa
- Federal Court Northern District of Iowa
- Federal Court Southern District of Iowa

## Education

- Charlotte School of Law, 2012, J.D.
- University of Iowa, 2007, B.A.
- University of Kansas

## Associations

- National Trial Lawyers Association, Member, 2016 - Present
- Blackstone American Inn of Court, Member, 2013 - Present
- Iowa State Bar Association, Criminal Law Section, 2012 - Present
- Polk County Bar Association, Member, 2012 - Present
- Iowa Association of Justice, Member, 2012 - Present
- American Association of Justice, Member, 2012 - Present
- American Bar Association, Criminal Law Section, 2012 - Present

Search Site



## This site can't be reached

The connection was reset.

Try:

- Checking the connection
- Checking the proxy and the firewall
- Running Windows Network Diagnostics

ERR_CONNECTION_RESET

Reload    Details